Entered on Docket
October 21, 2011

_____
Hon. Bruce A. Markell
United States Bankruptcy Judge

**TIFFANY & BOSCO, P.A**
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787

HSBC Bank USA, National Association as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2007-7 by its Attorney in fact Wells Fargo Bank, N.A.
11-72719

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In Re:<br><br>Jerome P. Javate and Maria G. Javate aka Maria G. Solorzano-Javate<br><br>Debtors | Bk Case No.: 11-20660-bam<br><br>Date: 10/11/11<br>Time: 1:30 pm<br><br>Chapter 7 |

### ORDER VACATING AUTOMATIC STAY

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceedings is vacated and extinguished for all purposes as to Secured Creditor HSBC Bank USA, National Association as Trustee for Wells Fargo Asset Securities

///
///
///

Corporation, Mortgage Pass-Through Certificates, Series 2007-7 by its Attorney in fact Wells Fargo Bank, N.A., its assignees and/or successors in interest, of the subject property, generally described as 284 Pastel Cloud Street, Henderson, NV 89015.

Submitted by:

TIFFANY & BOSCO, P.A

By: _____
Gregory L. Wilde, Esq.
Attorney for Secured Creditor

APPROVED / DISAPPROVED

By: _See page #3_____
Jerome Javate
Pro Se

APPROVED / DISAPPROVED

By:_____
William A. Leonard
Chapter 13 Trustee

1  Corporation, Mortgage Pass-Through Certificates, Series 2007-7 by its Attorney in fact Wells Fargo
2  Bank, N.A., its assignees and/or successors in interest, of the subject property, generally described as
3  284 Pastel Cloud Street, Henderson, NV 89015.
4
5
6  **Submitted by:**
7  **TIFFANY & BOSCO, P.A**
8  By: *See page #2*
   Gregory L. Wilde, Esq.
9  Attorney for Secured Creditor
10 APPROVED / **DISAPPROVED**      I WAS NOT INFORMED I HAD A COURT HEARING ON THIS
                                    SUBJECT — I DID NOT KNOW
11 By: [signature]
12 Jerome Javate                    PLEASE SEND ALL FUTURE LETTERS TO MY CORRECT
   Pro Se                           MAILING ADDRESS AND PRIMARY RESIDENCE TO:
13                                  284 PASTEL CLOUD
   APPROVED / DISAPPROVED           HENDERSON, NV 89015
14
15 By:_____
   William A. Leonard
16 Chapter 13 Trustee

ALTERNATIVE METHOD re: RULE 9021:

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

___ The court has waived the requirements set forth in LR 9021(b)(1).

___ No party appeared at the hearing or filed an objection to the motion.

_X_ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor

___ approved the form of this order          _X_ disapproved the form of this order

___ waived the right to review the order and/or    ___ failed to respond to the document

___ appeared at the hearing, waived the right to review the order

___ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

___ approved the form of this order          ___ disapproved the form of this order

_X_ waived the right to review the order and/or   ___ failed to respond to the document

___ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

I declare under penalty and perjury that the foregoing is true and correct.

Submitted by:
/s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor