```
                                United States Bankruptcy Court
                                       District of Nevada

In re:                                                              Case No. 11-20660-bam
JEROME P. JAVATE                                                    Chapter 7
MARIA G. JAVATE
        Debtors                       CERTIFICATE OF NOTICE
District/off: 0978-2          User: burkslg              Page 1 of 2            Date Rcvd: Oct 21, 2011
                              Form ID: pdf984            Total Noticed: 28


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 23, 2011.
db/jdb      +JEROME P. JAVATE,    MARIA G. JAVATE,    245 JESSICA GROVE STREET,    HENDERSON, NV 89015-6642
7145861     +BANK OF AMERICA HOME LOANS,    P.O. Box 5170,   Simi Valley, CA 93062-5170
7179442     +BANK OF AMERICA, N.A.,    C/O CHRISTOPHER K. LEZAK, ESQ.,    9510 WEST SAHARA AVENUE, SUITE #110,
              LAS VEGAS, NV 89117-8804
7278941     +CANDICA, LLC,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
              SEATTLE, WA 98121-3132
7257781      Chase Bank USA, N.A.,     PO Box 15145,    Wilmington, DE 19850-5145
7145875     +GENERAL GROWTH PROPERTIES, INC.,    3528 S. Maryland Pkwy.,    Las Vegas, NV 89169-3054
7333460     +INTERNATIONAL ENVIRONMENTAL MANAGEMENT, INC.,    11625 RAINWATER DRIVE, STE. 200,
              ALPHARETTA, GA 30009-8672
7333461     +JOB/WORK ORDER #900223,    FAST,   4675 W. TECO AVE., #300,    LAS VEGAS, NV 89118-4363
7393278     +NEVADA FEDERAL CREDIT UNION,    P.O. BOX 15400,    LAS VEGAS, NV 89114-5400
7145869      PARK DANSAN,    113 West 3rd Avenue,    P.O. Box 248,   Gastonia, NC 28053-0248
7145873     +REGIONAL ADJUSTMENT BUREAU, INC.,    7000 Goodlett Farms Parkway, Suite 501,    P.O. Box 34111,
              Memphis, TN 38184-0111
7333456      REPUBLIC SERVICES,    P.O. BOX 78829,    PHOENIX, AZ 85062-8829
7145866      SI BOOKS,    P.O. Box 362941,   Des Moines, IA 50336-2941
7145874     +TERRA WEST,    2655 S. Rainbow Boulevard, #200,    Las Vegas, NV 89146-5185
7145867      The Billing Center,    A Subsidiary of Time Inc.,    P.O. Box 60001,    Tampa, FL 33660-0001
7333459     +UNITED COLLECTION BUREAU, INC,    P.O. BOX 1418,    MAUMEE, OH 43537-8418
7145872     +UNITED COLLECTION BUREAU, INC.,    5620 Southwyck Boulevard, Suite 206,    Toledo, OH 43614-1501
7166791     +WELLS FARGO BANK, N.A.,    ONE HOME CAMPUS, MAC ID#X2302-04C,    DES MOINES, IA 50328-0001
7145862     +WELLS FARGO BANK, N.A.,    Wells Fargo Home Mortgage,    c/o CSC Services of Nevada, Inc.,
              2215-B Renaissance Drive,    Las Vegas, NV 89119-6727
7241833      Wells Fargo Bank, N.A.,    Home Equity Group,    X2303-01A - 1 Home Campus,
              Des Moines, IA 50328-0001
7145863      XM SATELLITE RADIO,    P.O. Box 78054,   Phoenix, AZ 85062-8054
7145865     +XMRADIO,    c/o EOS CCA 700 Longwater Drive,    Norwell, MA 02061-1624

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust         +E-mail/Text: USTPRegion17.LV.ECF@usdoj.gov Oct 22 2011 04:43:13     U.S. TRUSTEE - LV - 7,
              300 LAS VEGAS BLVD., SO.,   SUITE 4300,   LAS VEGAS, NV 89101-5803
7393279     +E-mail/Text: bankruptcy@jomaxrecovery.com Oct 22 2011 04:44:30     JOMAX RECOVERY SERVICES,
              20325 N. 51ST AVE #134,   GLENDALE, AZ 85308-5677
7333458      E-mail/Text: brenden.magnino@mcmcg.com Oct 22 2011 04:43:26     MIDLAND CREDIT MANAGEMENT, INC,
              P.O. BOX 60578,   LOS ANGELES, CA 90060-0578
7145868      E-mail/Text: RSSNBankruptcy@repsrv.com Oct 22 2011 04:46:32     REPUBLIC SERVICES,
              770 E. Sahara Avenue,   Las Vegas, NV 89104-2943
7145870     +E-mail/Text: resurgentbknotifications@resurgent.com Oct 22 2011 04:42:35
              RESURGENT CAPITAL SERVICES, LP,    15 S. Main Street, Suite 600,    Greenville, SC 29601-2768
7333457      E-mail/Text: resurgentbknotifications@resurgent.com Oct 22 2011 04:42:35
              RESURGENT CAPTIAL SERVICES, LP,    P.O. BOX 10497,    GREENVILLE, SC 29603-0497
                                                                                               TOTAL: 6

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
7145864      ##AOL,    P.O. Box 60018,   Tampa, FL 33660-0018
7145871      ##+FMA ALLIANCE, LTD.,    11811 North Freeway, Suite 900,    Houston, TX 77060-3292
                                                                                TOTALS: 0, * 0, ## 2

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked ’##’ were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor’s attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0978-2          User: burkslg              Page 2 of 2              Date Rcvd: Oct 21, 2011
                              Form ID: pdf984            Total Noticed: 28

              ***** BYPASSED RECIPIENTS (continued) *****
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Oct 23, 2011**                       **Signature:**      *Joseph Speetjens*

Entered on Docket
October 21, 2011

*Bruce A. Markell*
_____
**Hon. Bruce A. Markell
United States Bankruptcy Judge**

TIFFANY & BOSCO, P.A
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787

HSBC Bank USA, National Association as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2007-7 by its Attorney in fact Wells Fargo Bank, N.A.
11-72719

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In Re: | Bk Case No.: 11-20660-bam |
|---|---|
| Jerome P. Javate and Maria G. Javate aka Maria G. Solorzano-Javate | Date: 10/11/11<br>Time: 1:30 pm |
|  | Chapter 7 |
| Debtors |  |

## ORDER VACATING AUTOMATIC STAY

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceedings is vacated and extinguished for all purposes as to Secured Creditor HSBC Bank USA, National Association as Trustee for Wells Fargo Asset Securities

///

///

///

Corporation, Mortgage Pass-Through Certificates, Series 2007-7 by its Attorney in fact Wells Fargo Bank, N.A., its assignees and/or successors in interest, of the subject property, generally described as 284 Pastel Cloud Street, Henderson, NV 89015.

Submitted by:

TIFFANY & BOSCO, P.A

By: _____
Gregory L. Wilde, Esq.
Attorney for Secured Creditor

APPROVED / DISAPPROVED

By: See page #3
Jerome Javate
Pro Se

APPROVED / DISAPPROVED

By: _____
William A. Leonard
Chapter 13 Trustee

1  Corporation, Mortgage Pass-Through Certificates, Series 2007-7 by its Attorney in fact Wells Fargo
2  Bank, N.A., its assignees and/or successors in interest, of the subject property, generally described as
3  284 Pastel Cloud Street, Henderson, NV 89015.
4
5
   Submitted by:
6
7  TIFFANY & BOSCO, P.A
8  By: _See page #2_
   Gregory L. Wilde, Esq.
9  Attorney for Secured Creditor
10 APPROVED / **DISAPPROVED**
11 By:_____
12 Jerome Javate
   Pro Se
13
   APPROVED / DISAPPROVED
14
15 By:_____
   William A. Leonard
16 Chapter 13 Trustee

*Handwritten note:*
I WAS NOT INFORMED I HAD A COURT HEARING ON THIS SUBJECT — I DID NOT KNOW

PLEASE SEND ALL FUTURE LETTERS TO MY CORRECT MAILING ADDRESS AND PRIMARY RESIDENCE TO:
284 PASTEL CLOUD
HENDERSON, NV 89015

ALTERNATIVE METHOD re: RULE 9021:

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

____ The court has waived the requirements set forth in LR 9021(b)(1).

____ No party appeared at the hearing or filed an objection to the motion.

__X__ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor

____ approved the form of this order          __X__ disapproved the form of this order

____ waived the right to review the order and/or    ____ failed to respond to the document

____ appeared at the hearing, waived the right to review the order

____ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

____ approved the form of this order          ____ disapproved the form of this order

__X__ waived the right to review the order and/or    ____ failed to respond to the document

____ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

I declare under penalty and perjury that the foregoing is true and correct.

Submitted by:
/s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor